IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 ORDER

    Plaintiff,

                 02-cr-18-bbc-01

  v.

VICTOR ANDERSON,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  The order entered in this case on July 23, 2009, is CORRECTED by deleting "8" in the first line on page 4 and substituting "18" to conform to the sentence imposed orally on July 20, 2009. In all other respects the order remains as entered on July 23, 2009.

  Entered this 27th day of July, 2009.

                BY THE COURT:
                /s/
                BARBARA B. CRABB
                District Judge